IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONNIE LEFFERS, | ) | |
| | ) | 8:12CV150 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON UNRESISTED MOTION FOR |
| | ) | EXTENSION TO FILE RESISTANCE TO |
| MADISON COUNTY, NEBRASKA, | ) | DEFENDANT'S MOTION TO DISMISS |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Unresisted Motion for Extension to File Resistance to Defendant's Motion to Dismiss, ECF No. 5, is granted and the plaintiff shall have on or before June 18, 2012, to file and serve her resistance to the defendant's motion to dismiss.

Dated June 4, 2012.

BY THE COURT

_Warren K. Urbom_
Warren K. Urbom
United States Senior District Judge