IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONNIE LEFFERS, <br><br> Plaintiff, <br><br> vs. <br><br> MADISON COUNTY, NEBRASKA, <br><br> Defendant. | 8:12CV150 <br><br> **ORDER OF DISMISSAL** |

IT IS ORDERED that the Joint Stipulation for Dismissal of All Claims Against Defendant With Prejudice, ECF No. 12, is approved.  All claims against the defendant are dismissed with prejudice and each party shall bear her or its respective costs.

Dated September 19, 2012.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge